## JURISDICTIONAL MOTIONS OVERRULED

**92–2135.** Poole v. Euclid. *Cuyahoga County*, No. 62988.

**92–2237.** Poole v. Euclid. *Cuyahoga County*, No. 62988.

**92–2300.** State v. Green. *Franklin County*, No. 92AP–447.

**92–2301.** LeForge v. Nationwide Mut. Fire Ins. Co. *Clinton County*, No. CA91–12–025.

**92–2306.** Blackburn v. Tudor. *Scioto County*, No. 2021.

**92–2308.** Dickey v. Hook–Super X, Inc. *Franklin County*, No. 92AP–168.
RESNICK and PFEIFER, JJ., dissent.

**92–2317.** Sarbiewski v. Ball. *Ashtabula County*, No. 92–A–1669.

**92–2328.** Kromer v. Island Recreation Assn., Inc. *Warren County*, No. CA91–10–1077.
PFEIFER, J., dissents.

**92–2334.** Costell v. Toledo Hosp. *Lucas County*, No. L–91–125. (Notice of appeal by Van Bergen, second notice of appeal by Toledo Hospital, third notice of appeal by Stevens.)
DOUGLAS, WRIGHT and RESNICK, JJ., dissent.

**92–2335.** Mallory v. CSX Transp., Inc. *Allen County*, No. 1–92–33.

**92–2337.** Vorhees v. Cincinnati Ins. Co. *Miami County*, No. 91–CA–66.
DOUGLAS and RESNICK, JJ., dissent.

**92–2339.** Lawson v. Lawson. *Lorain County*, No. 91CA005243.

**92–2347.** Oneida Sand & Gravel, Inc. v. Messer. *Carroll County*, No. 601.

**92–2353.** Biddle v. Brown. *Franklin County*, No. 91AP–1066.
MOYER, C.J., and WRIGHT, J., dissent.

**92–2354.** Milledgeville v. Blair. *Fayette County*, No. CA92–01–003.

**92–2355.** Valloric v. Shadyside. *Belmont County*, No. 91–B–29.
DOUGLAS, J., dissents.

**92–2356.** Buckeye Union Ins. Co. v. Spaulding. *Brown County*, No. CA92–03–004.

**92–2357.** Moore v. Columbus. *Franklin County*, No. 92AP–121. (Notice of appeal by Columbus, second notice of appeal by Kelly.)
PFEIFER, J., dissents.

**92–2360.** State v. Duncan. *Belmont County*, No. 92–B–3.

**92–2371.** Nationwide Mut. Ins. Co. v. Clow. *Hamilton County*, No. C–910511.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**92–2372.** McCullom v. Clow. *Hamilton County*, No. C–910442.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**92–2374.** Anthony v. Clark. *Franklin County*, No. 92AP–596.

**92–2375.** Plumber's Local Union No. 94, AFL–CIO v. Kokosing Constr. Co. *Stark County*, No. CA–8865.
MOYER, C.J., and WRIGHT, J., dissent.

**92–2381.** In re Claim of Gerken. *Wood County*, No. 92–WD–007.
RESNICK, J., not participating.